**In the Matter of a MINOR CHILD**

High Court of American Samoa
Trial Division

JUV No. 43-90

November 15, 1990

Before REES, Associate Justice, TAUANU'U, Chief Associate Judge, and MATA'UTIA, Associate Judge.

Counsel: For Petitioner, Robert A. Porter

The child lives with her natural parents as well as the prospective adopting parent (her 64-year-old grandfather). The grandfather, who proposes to adopt the child, is a widower who will be almost eighty years of age by the time the child reaches the age of majority. It would not be in the best interest of the child to terminate the legal obligations of her thirty-year-old parents.

The petition for relinquishment is denied.